```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                    :
FRANK GATTO,                        :   Civil Action: 10-1090 (ES)
                                    :
          Plaintiff,                :          O R D E R
                                    :
     v.                             :          Closed
                                    :
UNITED AIRLINES, INC, et al.        :
                                    :
          Defendants,               :
                                    :
```

It appearing that it has been reported to the Court that the above-captioned action has been settled;

It is on the 25th day of FEBRUARY 2014,

ORDERED that this action is hereby dismissed as to all claims against all parties without costs and without prejudice with the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                                   S/Esther Salas
                              ESTHER SALAS, U.S.D.J.